# UNITED STATES DISTRICT COURT
for the
Federal District of Oregon

_____ Division

Charles Bailey

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Oregon Supreme Court
Evelyn Turcott

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3:24-cv-1113 IM
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Charles Bailey
   Street Address: P.O. Box 19813
   City and County: Baltimore, MD 21225
   State and Zip Code:
   Telephone Number: (443) 378-0421
   E-mail Address: griffenWilliam70@gmail.com

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
   Name: Oregon Supreme Court
   Job or Title (if known): Department of Justice
   Street Address: 1163 State St
   City and County: Salem, Oregon
   State and Zip Code: 97301
   Telephone Number: (503) 986-5555
   E-mail Address (if known):

Defendant No. 2
   Name: Evelyn Turcott
   Job or Title (if known): Court Clerk
   Street Address: 1163 State St
   City and County: Salem, Oregon
   State and Zip Code: 97301
   Telephone Number: (503) 986-5556
   E-mail Address (if known):

Defendant No. 3
   Name:
   Job or Title (if known):
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:
   E-mail Address (if known):

Defendant No. 4
   Name:
   Job or Title (if known):
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:
   E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Attorney General 13 4/1 Statue or mail fraud 940.18 USC Section 1341

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Court Clerk signed for my mail + disposed of it, making my case automatically thrown out!

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Attorney General Ellen Rosenblum settled 2.5 million due to mail fraud against Eyemed on May 17, 2023

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 2, 2024

Signature of Plaintiff: *Charles Bailey*

Printed Name of Plaintiff: Charles Bailey

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____



UNITED STATES POSTAL INSPECTION SERVICE

CRIMINAL INVESTIGATIONS SERVICE CENTER

08/29/2023

CHARLES BAILEY
PO BOX 19813
BALTIMORE MD 21225-0313

Ref: C|AM|013|S1588144|C2145146

Dear Postal Customer:

Thank you for the information you provided this office regarding:

EVELYN TURCOTT
OREGON SUPREME COURT
1163 STATE ST
SALEM OR 97301-2562

A review of this matter indicates that your complaint would be best handled by:

USPS CONSUMER AFFAIRS ATLANTIC AREA
MARYLAND DISTRICT: 200, 202-212, 214 - 219
900 BRENTWOOD RD NE
WASHINGTON DC 20066-9998

Please be advised that your complaint has been forwarded to the address above for whatever action they deem appropriate. Any future concerns relating to this matter should be directed to the address shown above.

Sincerely,

MANAGER
CRIMINAL INVESTIGATIONS SERVICE CENTER

7/2/24, 12:30 PM                                      Screenshot_20231102-070410_Drive.jpg

7:04 🔋 📶.                                                    LTE 📶 88% 🔋

← Order - Money.pdf          🔍             ⋮

IN THE COURT OF APPEALS OF THE STATE OF OREGON

CHARLES ANDRE BAILEY,
Plaintiff-Appellant,

v.

DENNIS BLEY,
Defendant-Respondent.

Multnomah County Circuit Court
22CV24526

A181338

## APPELLATE JUDGMENT AND SUPPLEMENTAL JUDGMENT

Respondent moves to dismiss this appeal on the ground that, despite having been given the notice required by ORAP 7.40, appellant has, nonetheless, failed to file an undertaking as required by ORS 19.300. Appellant has not filed a response to the motion to dismiss. See ORAP 7.40(3). The motion to dismiss is well taken and, accordingly, is granted.

Appeal dismissed.

| July 31, 2023 | /s/ Theresa M. Kidd |
|---|---|
| DATE | Appellate Commissioner |

### DESIGNATION OF PREVAILING PARTY AND AWARD OF COSTS

Prevailing party: Respondent.          [X] Costs allowed, payable by: Appellant.

### MONEY AWARD

Creditor:       Dennis Bley
Attorney:       Jay W Beattie, 1300 SW 5th Ave Ste 3400, Portland, OR 97201
Debtor:         Charles Andre Bailey, pro se
Costs:          $491.00
Total Amount:   $491.00

Interest: Simple, 9% per annum, from the date of this appellate judgment.

Appellate Judgment                              COURT OF APPEALS
Effective Date: November 1, 2023                    (seal)

APPELLATE JUDGMENT AND SUPPLEMENTAL JUDGMENT
REPLIES SHOULD BE DIRECTED TO: State Court Administrator, Records Section.
Supreme Court Building, 1163 State Street, Salem, OR 97301-2563
Page 1 of 1

7/2/24, 12:30 PM                                              Screenshot_20231102-070430_Drive.jpg

7:04 🔋 📷 ☁                                         LTE 📶 88% ■

←    Dismissal – No Mo...        🔍     ➕     ⋮

IN THE SUPREME COURT OF THE STATE OF OREGON

CHARLES ANDRE BAILEY,
Plaintiff-Appellant,

v.

DENNIS BLEY,
Defendant-Respondent.

Court of Appeals
A181338

S070379

**AMENDED ORDER OF DISMISSAL AND DISMISSING MOTION TO WAIVE FEES**

It appears that appellant is seeking to obtain this court's review of the order of the Appellate Commissioner dated July 31, 2023. It further appears that appellant did not seek reconsideration of the order of the Appellate Commissioner under ORAP 7.55(4)(a). A decision of the Appellate Commissioner is not subject to a petition for review to the Supreme Court. ORAP 7.55(4)(c). Appellant's petition for review is dismissed.

Appellant's motion to waive the filing fee is dismissed as moot on the ground that no filing fee is required to file a petition for review.



CHRISTOPHER L. GARRETT
PRESIDING JUSTICE, SUPREME COURT
11/1/2023  2:27 PM

nunc pro tunc August 16, 2023

c:  Matteo James Leggett
    Jay W Beattie
    Charles Andre Bailey

AMENDED ORDER OF DISMISSAL AND DISMISSING MOTION TO WAIVE FEES
REPLIES SHOULD BE DIRECTED TO: State Court Administrator, Records Section,
Supreme Court Building, 1163 State Street, Salem, OR 97301-2563
Page 1 of 1

|||            ○            ＜

https://mail.google.com/mail/u/0/#inbox?projector=1                                                1/1